BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-MC-00052-AWI |
|---|---|
| Plaintiff, | THIRD STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| MISCELLANEOUS PROPERTY LISTED IN EXHIBIT A, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Christopher Cook (hereafter "claimant"), by and through their respective attorneys, as follows:

1. On or about May 16, 2014, claimant filed a claim in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") with respect to the Miscellaneous property listed in Exhibit A attached hereto and incorporated herein (hereafter "defendant property").

2. The ATF has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant property as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant

property is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed on August 15, 2014, the parties stipulated to extend to October 14, 2014, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5. By Stipulation and Order filed on October 15, 2014, the parties stipulated to extend to November 13, 2014, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 15, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture shall be extended to December 15, 2014.

Dated: November 12, 2014                         BENJAMIN B. WAGNER
                                                 United States Attorney

                                          By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant United States Attorney

Dated: November 12, 2014                  By:    /s/ Joseph A. Silvoso
                                                 C.D. MICHEL
                                                 JOSEPH A. SILVOSO
                                                 Attorneys for claimant Christopher Cook
                                                 (Authorized by email)

IT IS SO ORDERED.

Dated:  November 12, 2014                 _____
                                          SENIOR DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME                     2

**Exhibit A**

1. Unknown Rifle Cal: unknown SN: unknown (14-ATF-009620),
2. Unknown Rifle Cal: unknown SN: unknown (14-ATF-009623),
3. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009624),
4. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009626),
5. Approximately 51 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009627),
6. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009630),
7. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009631),
8. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009632),
9. Approximately 39 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009633),
10. Approximately 100 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009634),
11. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009635),
12. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009636),
13. Approximately 131 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-009637),
14. Approximately 72 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009638),
15. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009639),
16. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009640),
17. Approximately 20 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009641),
18. Approximately 33 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009642),
19. Approximately 8 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009643),
20. Approximately 56 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009644),
21. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009645),
22. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009646),
23. Approximately 133 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009647),
24. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009648),
25. Approximately 88 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009649),
26. Approximately 7 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009650),
27. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009651),
28. Approximately 128 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009652),
29. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009653),
30. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009654),
31. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009655),
32. Approximately 27 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009656),
33. Approximately 15 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009657),
34. Approximately 34 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009658),
35. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009659),
36. Approximately 14 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009660),
37. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009661),
38. Approximately 23 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009662),
39. Approximately 9 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009663),
40. Approximately 41 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009664),
41. Approximately 54 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009665),
42. Approximately 103 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009666),
43. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009667),
44. Approximately 55 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009668),
45. Approximately 25 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009669),
46. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009670),
47. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009671),
48. Approximately 66 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009672),

| | |
|---|---|
| 1 | 49. Approximately 75 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009673), |
| | 50. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009674), |
| 2 | 51. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009675), |
| | 52. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009676), |
| 3 | 53. Approximately 44 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009677), |
| | 54. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009678), |
| 4 | 55. Approximately 19 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009679), |
| | 56. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009680), |
| 5 | 57. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009681), |
| | 58. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009682), |
| 6 | 59. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009683), |
| | 60. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009684), |
| 7 | 61. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009685), |
| | 62. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009686), |
| 8 | 63. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009687), |
| | 64. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009688), |
| 9 | 65. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009689), |
| | 66. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009690), |
| 10 | 67. Approximately 3 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009691), |
| | 68. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009692), |
| 11 | 69. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009693), |
| | 70. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009694), |
| 12 | 71. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009695), |
| | 72. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009696), |
| 13 | 73. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009697), |
| | 74. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009698), |
| 14 | 75. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009699), |
| | 76. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009700), |
| 15 | 77. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009701), |
| | 78. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009702), |
| 16 | 79. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009703), |
| | 80. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009704), |
| 17 | 81. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009705), |
| | 82. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009706), |
| 18 | 83. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009707), |
| | 84. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009708), |
| 19 | 85. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009709), |
| | 86. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009710), |
| 20 | 87. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009711), |
| | 88. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009712), |
| 21 | 89. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010749), |
| | 90. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010750), |
| 22 | 91. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010751), |
| | 92. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010752), |
| 23 | 93. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010753), |
| | 94. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010754), |
| 24 | 95. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010755), |
| | 96. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010756), |
| 25 | 97. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010757), |
| | 98. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010758), |
| 26 | 99. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010759), |
| | 100. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010760), |
| 27 | 101. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010761), |
| | 102. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010762), |
| 28 | 103. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010985), |
| | 104. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010986), |

STIPULATION AND ORDER EXTENDING TIME

4

105. Approximately 9 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-011489),
106. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012716),
107. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012720), and
108. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012721).